**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:06-cr-058 |
| Lane Matthew Demarais, | ) | |
| | ) | |
| Defendant. | ) | |

On July 20, 2006, the government filed a Motion to Quash Warrant. The court **GRANTS** the government's Motion (Docket No. 5) and **ORDERS** that the warrant for the defendant's arrest be quashed and that a Summons be issued for the defendant's appearance in this case.

Dated this 31st day of July, 2006.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge